

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00139-CV

| | | |
|---|---|---|
| Arnulfo Hernandez | § | From the 325th District Court |
| | § | of Tarrant County (325-478228-10) |
| v. | | |
| | § | July 28, 2016 |
| Athelia Rooker | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's April 2, 2015 order. The trial court's April 2, 2015 order is modified to delete the award of attorney's fees. It is ordered that the trial court's April 2, 2015 is affirmed as modified.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Lee Gabriel
       Justice Lee Gabriel